UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEORGE GEOFFREY FANSLOW,

        Plaintiff,

    v.

COUNTY OF SONOMA, *et al.*,

        Defendants.
_____/

No. C-11-1955 EMC

**ORDER DISMISSING COMPLAINT**

        Plaintiff George Geoffrey Fanslow filed a complaint against Defendants County of Sonoma, Louise Bayles-Fightmaster, and Peggy Roth (collectively, "Defendants"), asserting that they violated his federal civil rights in violation of 42 U.S.C. § 1983 and 18 U.S.C. §§ 1584, 241, and 242. He also filed an application to proceed *in forma pauperis*.

        On May 27, 2011, this Court granted his application to proceed *in forma pauperis* but dismissed his complaint for failure to state a claim on which relief may be granted (Docket No. 8). *See* 28 U.S.C. § 1915(e)(2). The Court granted Plaintiff leave to amend his complaint. *See Karim-Panahi v. Los Angeles Police Dept.*, 839 F.2d 621, 623 (9th Cir. 1988) (granting leave to amend "unless it is absolutely clear that the deficiencies of the complaint could not be cured by amendment").

        Upon review of Mr. Fanslow's Amended Complaint (Docket No. 11), the Court finds that it merely restates the same claims this Court has already dismissed. Because any further amendment would be futile, the Court declines to grant Mr. Fanslow leave to file a second amended complaint

and dismisses the amended complaint with prejudice. *See Cahill v. Liberty Mut. Ins. Co.*, 80 F.3d 336, 339 (9th Cir. 1996).

The Clerk of the Court is instructed to enter judgment against Mr. Fanslow and close the file in this case.

IT IS SO ORDERED.

Dated: July 18, 2011

_____
EDWARD M. CHEN
United States District Judge